AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| FERNANDO MIGUEL SORIA, individually, <br><br> *Plaintiff(s)* <br> v. <br> County of Alameda, See Attached. <br><br> *Defendant(s)* | Civil Action No. 3:18-cv-6168 LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* County of Alameda, 1221 Oak Street, Oakland, CA 94612

Justin Linn, Erik McDermott, Stephen Sarcos, and Sarah Krause, 5325 Broder Blvd, Dublin, CA 94568

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John L. Burris, DeWitt M. Lacy, and K. Chike Odiwe
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 10/10/2018

*Felicia Brown* Felicia Brown
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:18-cv-6168 LB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**     **Save As...**     **Reset**

**Attachment to Summons**

FERNANDO MIGUEL SORIA, individually,

Plaintiff,

v.

COUNTY OF ALAMEDA, a municipal corporation; JUSTIN LINN, individually and his official capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; ERIK MCDERMOTT, individually and in his capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; STEPHEN SARCOS, individually and in his official capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; SARAH KRAUSE, individually and in her official capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; DOES 1-10, inclusive; individually and in their capacities as law enforcement agents and/or personnel for the COUNTY OF ALAMEDA Sheriff's Department,

Defendants.