LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, Esq. (SBN 69888)
K. CHIKE ODIWE, Esq. (SBN 315109)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
chike.odiwe@johnburrislaw.com

LAW OFFICES OF JOHN L. BURRIS
DeWITT M. LACY, Esq. (SBN 258789)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff
FERNANDO MIGUEL SORIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MIGUEL SORIA, individually, <br><br> Plaintiff, <br> v. <br><br> COUNTY OF ALAMEDA, a municipal corporation; JUSTIN LINN, individually and his official capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; ERIK MCDERMOTT, individually and in his capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; STEPHEN SARCOS, individually and in his official capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; SARAH KRAUSE, individually and in her official capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; DOES 1-10, inclusive; | Case No.: 3:18-cv-06168-LB <br><br> DECLARATION OF K. CHIKE ODIWE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT JUSTIN LINN'S MOTION TO SET ASIDE ENTRY OF DEFAULT <br><br> Date: March 14, 2019 <br> Time: 9:30 a.m. <br> Dept: Courtroom B, 15th Floor <br><br> Judge: Honorable Laurel Beeler |

individually and in their capacities as law enforcement agents and/or personnel for the COUNTY OF ALAMEDA Sheriff's Department,

                      Defendants.

I, K. Chike Odiwe, declare:

1) I am an attorney who is licensed to practice law in California and before this Court. I represent the Plaintiff in the above captioned matter and I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto;

2) Attached as **Exhibit "A"** is a true and correct copy of the Declaration for Determination of Probable Cause related to Defendant Justin Linn in the criminal matter.

3) Attached as **Exhibit "B"** is a true and correct copy of the Declaration for Determination of Probable Cause related to Defendant Sarah Krause in the criminal matter.

4) On October 8, 2018, Plaintiff filed his original complaint against the County of Alameda, Erik McDermott, Stephen Sarcos, Sarah Krause, and Justin Linn. (see Docket No. 1);

5) On January 6, 2019, Justin Linn was personally served with the complaint at his address in Southern California. On January 7, 2019, Plaintiff filed a proof of service that indicated the address where Mr. Linn had been personally served. (see Docket No. 20);

6) Prior to requesting an entry of default on January 28, 2019, Plaintiff's counsel had not received any correspondence from attorney Mark Berry concerning the need for an extension to respond to Plaintiff's Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 19, 2019 in Oakland, California.

                                                **Law Offices of John L. Burris**

                                                *K. Chike Odiwe*

                                                _____

                                                K. Chike Odiwe, Esq.,
                                                Attorney for Plaintiff

# EXHIBIT A




# County of Alameda
## DAILY
## DECLARATION AND DETERMINATION
Probable Cause for Warrantless Arrest

| Arrestee/Suspect | DOB | Sex | PFN |
|---|---|---|---|
| JUSTIN LINN | 09/03/1993 | M | BLP387 |

| Race | CDL | Agency Report # |
|---|---|---|
| WHITE | E2786761 CA | 17-009738 |

| Arresting Agency | Declarant | Agency Phone | Agency Fax |
|---|---|---|---|
| ALAMEDA COUNTY SHERIFF'S OFFICE | Patrick Smyth | (510) 667-3600 | (510) 667-3626 |

| Arrest Date | Arrest Time | Arrest Location |
|---|---|---|
| 08/31/2017 | 13:05:00 | 300 W WINTON AV HAYWARD CA (HAYWARD POLICE DEPARTMENT) |

| Holds | Arrestee Home Address |
|---|---|
|  | TRACY CA |

**Charges/Violations**

PC 149 F(4 Counts), PC 136.1(C)(1) F(1 Counts)

On November 20, 2016, an Administrative Segregation inmate at Santa Rita Jail (Victim #1) alerted staff of the mistreatment of inmates in Housing Unit 2 by Deputies Justin Linn and Erik McDermott. Victim #1 reported, via a written note, that Deputies Linn and McDermott were utilizing an inmate (Involved Party #1) to throw feces and urine onto other inmates assigned to Housing Unit 2.

The investigation revealed that during the early morning hours of November 16, 2016, Victim #2 was moved into a cell in F Pod of Housing Unit 2. Victim #2, who was in State Prison at the time of his interview, said he was awoken inside his cell on November 16, 2016, by urine being thrown on him by Involved Party #1 after his cell door had been unlocked. Inmates in Housing Unit 2 are assigned to individual cells and only one inmate per pod is allowed to be out of their cell at any one time. Victim #2 stated after the assault, he pressed the emergency call button to report the incident. Victim #2 stated that Deputy Linn responded to his cell and laughed at him when he made the report. Victim #2 accused Deputy Linn of allowing the gassing to occur because it was not possible for an inmate to open a cell door in an Administrative Segregation Housing Unit.

Victim #2 was allowed to shower and received a fresh set of clothes before being transferred to another pod inside the housing unit. Before being moved, Victim #2 spoke to Involved Party #1, through his cell door, and asked why he threw urine on him. Involved Part #1 apologized to Victim #2 and told him he thought a different person was in Victim #2's cell.

During an interview with Involved Party #1, he described a particular incident when Deputy Linn opened his cell door as well as the cell door of another inmate so he (IP #1) could "gas" the inmate. Involved Party #1 stated he learned after the fact that his intended target had been moved and he gassed the wrong inmate. Involved Party #1 said his intended target had a broken arm. Inmate housing records revealed that the inmate who previously occupied Victim #2's cell had sustained a broken arm.

Victim #1 told investigators about an incident he witnessed involving Involved Party #1 and Deputy Linn. Victim #1 witnessed Deputy Linn open Involved Party #1's cell door and he came out of his cell unrestrained. Once Involved Party #1 was out of his cell, Victim #1 saw Deputy Linn walk to the upper tier of the housing unit pod with Involved Party #1. Victim #1 saw Deputy Linn unlock the handcuffing port of Victim #3's cell door. Victim #1 then saw Involved Party #1 dispense something into Victim #3's cell through the open handcuffing port. During an interview with Victim #3, he told investigators that on one occasion, Involved Party #1 sprayed feces on him from a shampoo bottle through his open handcuffing port. Victim #3 stated his handcuffing port was left open when it should have been closed.

Furthermore, a civilian employee at Santa Rita Jail was in the Control Booth of Housing Unit 2 with Deputy Linn on "more than two, but less than five" occasions when they observed Deputy Linn release Involved Party #1 from his cell while the handcuffing ports on select cell doors were left open inside F Pod. The civilian employee watched as Involved Party #1 discharged the contents of containers into the occupied cell. Victim #1 and numerous other witnesses stated Involved Party #1 was known to spray urine and feces into open handcuffing ports left open on the days that Deputies Linn and McDermott worked in Housing Unit 2.

After the initial investigation began, Deputy Linn spoke to an inmate worker (Witness #1) who normally worked on Deputies Linn and McDermott's shift in Housing Unit 2. Witness #1 told investigators that Deputy Linn spoke privately with Witness #1 and told him that Victim #1 was "snitching". Deputy Linn then asked Witness #1 to "take the word" to the associates of Victim #1 so they would know that he (Victim #1) was "snitching", but Witness #1 declined to do so. Witness #1 never saw the note written by Victim #1 however, Witness #1 was told about it by Deputies Linn and McDermott.

Witness #1 stated Deputy McDermott also contacted him and asked him to tell Victim #1's associates that he (Victim #1) was a "snitch", but he declined to do so. Later, Deputies Linn and McDermott together asked Witness #1 to tell the associates of Victim #1 that he (Victim #1) was cooperating with law enforcement. Witness #1 stated although he did not do as the deputies asked, it was apparent to him that Deputies Linn and McDermott were hoping he would do as they asked so that Victim #1 would be dissuaded from cooperating with law enforcement. The efforts of Deputies Linn and McDermott to dissuade Victim #1 from cooperating with law enforcement is a violation of 136.1 (c) (1) of the Penal Code.

On Wednesday, 08/30/17, a probable cause arrest warrant was obtained for Linn and McDermott's arrest for 149 PC, Assault and Battery Under Color of Authority, and 136.1 (c)(1) PC, Dissuading a Witness, which was signed by the Honorable Judge M. Gaffey.

On Thursday, 08/31/17, Linn and McDermott were arrested on the above listed warrant after self-surrendering at the Hayward Police Department.

---

I declare under penalty of perjury that the above information was obtained through official police channels and is contained in the above-mentioned police report. Executed in the County of Alameda, State of California. Identity and signature of declarant verified by CRIMS.

Date: 09/01/2017 16:59:28    Declarant: Patrick Smyth    Badge: 1506

---

Reviewed and approved.

Date: 09/01/2017 17:32:58    Supervisor: Robert Young    Badge: 1370

EXHIBIT B





# County of Alameda

DAILY
DECLARATION AND DETERMINATION
Probable Cause for Warrantless Arrest

| Arrestee/Suspect | DOB | Sex | PFN |
|---|---|---|---|
| SARAH KRAUSE | 07/02/1991 | F | BLP390 |

| Race | CDL | Agency Report # |
|---|---|---|
| WHITE | E1370185 CA | 17-009738 |

| Arresting Agency | Declarant | Agency Phone | Agency Fax |
|---|---|---|---|
| ALAMEDA COUNTY SHERIFF'S OFFICE | Patrick Smyth | (510) 667-3600 | (510) 667-3626 |

| Arrest Date | Arrest Time | Arrest Location |
|---|---|---|
| 08/31/2017 | 13:05:00 | 300 W WINTON AV HAYWARD CA (HAYWARD POLICE DEPARTMENT) |

| Holds | Arrestee Home Address |
|---|---|
|  | BRENTWOOD CA |

**Charges/Violations**
PC 149 F(1 Counts)

The victim in this case is an inmate who was housed at Santa Rita Jail, in Dublin, inside an Administrative Segregation Housing Unit.

On an evening sometime between 09/02/16 and 09/30/16, the victim was locked inside his cell (a single man cell) when he awoke to the sound of his cell door being unlocked. After the victim's cell door was unlocked, another inmate (Involved Party #1) appeared at his door and he threw feces at the victim contained within a plastic bottle. The victim's cell door was then closed by Involved Party #1.

Involved Party #1 admitted to investigators that he committed the above assault and stated the incident was planned with the help of the two housing unit deputies, whom he positively identified as Deputies Sarah Krause and Stephen Sarcos. Involved Party #1 stated Deputies Krause and Sarcos assisted him by unlocking his cell door as well as the victim's cell door so he could assault the victim by throwing feces on him.

Investigators conducted interviews with Krause and Sarcos and they admitted the above incident took place and that they had facilitated the assault by opening Involved Party #1's cell door and the victim's cell door so he could assault the victim with the feces.

On Wednesday, 08/30/17, a probable cause arrest warrant was obtained for Krause and Sarcos' arrest for 149 PC, Assault and Battery Under Color of Authority, which was signed by the Honorable Judge M. Gaffey.

On Thursday, 08/31/17, Krause and Sarcos were arrested on the above listed warrant after self-surrendering at the Hayward Police Department.

---

I declare under penalty of perjury that the above information was obtained through official police channels and is contained in the above-mentioned police report. Executed in the County of Alameda, State of California. Identity and signature of declarant verified by CRIMS.

Date: 09/01/2017 16:13:16   Declarant: Patrick Smyth   Badge: 1506

---

Reviewed and approved.

Date: 09/01/2017 17:31:56   Supervisor: Robert Young   Badge: 1370