UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| FERNANDO MIGUEL SORIA, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF ALAMEDA, et al., <br><br> Defendants. | Case No. 18-cv-06168-LB <br><br> **ORDER GRANTING DEFENDANT JUSTIN LINN'S MOTION TO DISMISS CLAIM SIX** <br><br> Re: ECF No. 57 |

The plaintiff Fernando Miguel Soria claims that four Alameda County deputy sheriffs violated his civil rights while he was a pretrial detainee at Santa Rita jail.[1]

Defendant Justin Linn moved to dismiss claim six—charging Eighth Amendment violations based on the deputies' conduct—for failure to state a claim under Federal Rule of Civil Procedure 12(b).[2] The plaintiff did not oppose the motion.[3] The court can decide the motion without oral

---

[1] Compl. – ECF No. 1. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents. In response to a similar motion raised by another defendant (Sarah Krause), the court dismissed claim six, the Eighth Amendment claim, because as a pretrial detainee, Mr. Soria's claim for his injuries arises under the Fourteenth Amendment's Due Process Clause, not the Eighth Amendment. Order – ECF No. 54 at 8.

[2] Linn Mot. – ECF No. 57-1 at 3.

[3] *See* Docket.

ORDER – No. 18-cv-06168-LB

argument under Civil Local Rule 7-1(b). The court grants the motion to dismiss claim six for the reasons stated in the earlier order.

**IT IS SO ORDERED.**

Dated: April 11, 2019

_____
LAUREL BEELER
United States Magistrate Judge