NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
CAMEREN N. RIPOLI (State Bar No. 318045)
cameren.ripoli@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MIGUEL SORIA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; JUSTIN LINN, individually and in his official capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; ERIK MCDERMOTT, individually and in his official capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; stephen sarcos, individually and in his official capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; SARAH KRAUSE, individually and in his official capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; DOES 1-10, inclusive; individually and in their capacities as law enforcement agents and/or personnel for the COUNTY OF ALAMEDA Sheriff's Department,<br><br>Defendants. | Case No. C18-06168 LB<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's Complaint, the entire

STIPULATION AND ORDER DISMISSING ENTIRE
ACTION, WITH PREJUDICE - C18-06168 LB

action, against the remaining Defendant, County of Alameda, with prejudice.[1]  Each party agrees to bear their own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  July 31, 2019                              **LAW OFFICES OF JOHN L. BURRIS**

By:   /s/ DeWitt M. Lacy   
    DeWitt M. Lacy  
    Attorney for Plaintiff  
    FERNANDO MIGUEL SORIA

Dated:  July 31, 2019                              **MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP**

By:   /s/ Blechman, Noah G.   
Noah G. Blechman  
Amy S. Rothman  
Attorneys for Defendant  
County of Alameda

## ORDER

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, against the remaining Defendant, County of Alameda, with prejudice.  Each party to bear its own fees and costs as to this dismissal.

IT IS SO ORDERED

Dated:  July ____, 2019       By: _____  
    Hon. Laurel Beeler  
    U.S. Magistrate Judge

---

[1] Per ECF 70, the individual Defendants have already been dismissed with prejudice from this action.

STIPULATION AND ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE - C18-06168 LB      2